UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH A. GARCIA,<br><br>  Plaintiff,<br><br>v.<br><br>ROBERT BURTON,<br><br>  Defendant. | Case No. 19-cv-07600-VC<br><br>**ORDER WITH QUESTIONS FOR HABEAS PETITION HEARING** |

The parties should be prepared to answer and discuss the following questions at tomorrow's hearing:

- Did the state court unreasonably apply federal law on the issue of deficient performance by failing to analyze defense counsel's performance in its totality? *See, e.g.*, *White v. Ryan*, 895 F.3d 641 (9th Cir. 2018); *Browning v. Baker*, 875 F.3d 444 (9th Cir. 2017).

- Do the jury notes asking about aiding and abetting liability support the conclusion that counsel successfully created reasonable doubt as to whether Mr. Garcia himself stabbed the victim? If so, is the main question here whether trial counsel performed deficiently in failing to establish reasonable doubt as to whether Mr. Garcia was one of the three individuals involved in the attack?

**IT IS SO ORDERED.**

Dated: September 16, 2020

_____
VINCE CHHABRIA
United States District Judge