UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH A. GARCIA,<br><br>    Petitioner,<br><br>v.<br><br>ROBERT BURTON,<br><br>    Respondent. | Case No. 19-cv-07600-VC<br><br>**ORDER REQUESTING SUPPLEMENTAL EXHIBIT** |

At the hearing yesterday, counsel for respondent stated that the transcript of Ralph Garcia's interview with police was included in Exhibit J. Exhibit J has no such transcript. Counsel for respondent is ordered to file a copy of the transcript of petitioner's interview by Monday, September 21 at 5 p.m.

**IT IS SO ORDERED.**

Dated: September 18, 2020

VINCE CHHABRIA
United States District Judge