UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RALPH A. GARCIA,

        Petitioner,

v.

ROBERT BURTON,

        Respondent.

Case No. 19-cv-07600-VC

**ORDER TO FILE WORTHINGTON VIDEO**

The respondent is ordered to file a copy of the video of Worthington's conditional examination by Monday, February 1.

**IT IS SO ORDERED.**

Dated: January 27, 2021

VINCE CHHABRIA
United States District Judge